# EXHIBIT

# B



RCS1

You can earn up to $100 in jcp rewards each month when you use your jcp credit card on qualifying purchases. It's our way of thanking our best customers.

To receive your rewards by email, and to experience all the benefits of jcp rewards, register online at jcprewards.com/credit.

BRUCE R RANKIN
Account Ending: *** *** 612 91

Visit us at jcp.com/credit
Customer Service: 1-800-542-0800
PO Box 965009 Orlando FL 32896-5009

**Summary of Account Activity**

| | |
|---|---|
| Previous Balance | $353.97 |
| - Payments | $56.00 |
| - Other Credits | $5.83 |
| + Interest Charged | $5.83 |
| New Balance | $297.97 |
| Credit Limit | $903.00 |
| Available Credit | None |
| Statement Closing Date | 02/10/2013 |
| Days in Billing Cycle | 28 |

**Payment Information**

| | |
|---|---|
| New Balance | $297.97 |
| Total Minimum Payment Due | $28.00 |
| Payment Due Date | 03/05/2013 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the Minimum payment | 13 months | $338.00 |

If you would like information about **credit counseling** services, call 1-877-302-8775.

**Transaction Summary**

| Tran Date | Reference Number | Balance Type | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 01/22 | [redacted] | | PHONE/ONLINE PMT THK YOU ALPHARETTA GA | ($56.00) |
| 02/10 | | R | INTEREST CHARGE ADJUSTMENT | ($5.83) |
| | | | **FEES** | |
| | | | **TOTAL FEES FOR THIS PERIOD** | $0.00 |

(Continued on next page)

**PLEASE NOTE YOUR MAILED PAYMENT MUST BE RECEIVED BY 5 P.M. (ET) OR YOUR IN-STORE PAYMENT MUST BE RECEIVED DURING STORE HOURS ON THE DUE DATE.**
**NOTICE:** Your payment may be converted into an electronic debit. See reverse for details, Billing Rights Information and other important information.

PLEASE DETACH AND RETURN THIS STUB WITH YOUR CHECK PAYABLE TO GECRB.

Account Ending: *** *** 612 91

Good news! Now you can earn up to $100 in jcp rewards each month when you use your jcp card! See details on back.

| Total Minimum Payment Due | Payment Due Date | New Balance |
|---|---|---|
| $28.00 | 03/05/2013 | $297.97 |

FILL IN TOTAL PAID $ ____ . __

New address or email? Print changes on the back.

BRUCE R RANKIN
[redacted]

GECRB / jcp
P.O. Box 960090
Orlando FL 32896-0090

**jcp rewards program**

Cardmembers who are U.S. residents (including Puerto Rico and U.S. Territories) are automatically enrolled in the jcp rewards program (the "Program"). Cardmembers who are in good standing and spend $100 or more in a calendar month on qualifying purchases at jcpenney stores or jcp.com will be eligible to receive a $10 jcp rewards certificate ("jcp rewards" or a "certificate") redeemable on eligible jcpenney purchases (some exclusions and restrictions apply; see certificate for details). Purchases of the following items are not qualifying purchases: Sephora products purchased online (only), dollars spent on sales tax, state fees, international purchases, shipping charges, restocking fees, delivery charges, gift cards and e-Gift Cards. Each increment of $100 spent on the jcp credit card for qualifying purchases in a calendar month will earn one $10 jcp rewards certificate, up to ten $10 jcp rewards certificates each month. No cardmember may earn more than ten $10 jcp rewards certificates each month. Qualifying purchase amounts are calculated at the end of each calendar month and do not carry forward to the next month. Certificates will be delivered by U.S. mail unless you have registered an email address at www.jcprewards.com/credit, in which case certificates will be delivered via email. Certificate must be used by the expiration date listed on the certificate and must be surrendered at the time of purchase. If your jcpenney purchase is less than the amount designated on the certificate, you will forfeit the remainder of that amount. Certificates cannot be credited to any account, redeemed for cash, replaced if merchandise is returned, or applied to prior purchases. Lost or stolen certificates are not replaceable. Certificates are not transferable and are void where prohibited by law. We reserve the right to amend or modify the Program at any time and in any way without notice (including, without limitation, our right to adjust the number of jcp reward certificates earned for each dollar in purchases). We further reserve the right to terminate the Program at any time without notice. For full terms and conditions or for other questions about the Program, please visit www.jcprewards.com/credit or call 1-888-527-7937.

***Credits To Your Account:*** An amount shown in parentheses or preceded by a minus (-) sign is a credit or credit balance unless otherwise indicated. Credits will be applied to your previous balance immediately upon receipt, but will not satisfy any requirements that may be due.

***Bankruptcy Notice:*** If you file bankruptcy, you must send us notice, including account number and all information related to the proceeding to the following address: GE Capital Retail Bank, Attn: Bankruptcy Dept., P.O. Box 103104, Roswell, GA 30076.

***Your Account is owned and serviced by GE Capital Retail Bank.***

***Hearing Impaired:*** TDD users call 1 800 444 1732

***Customer Service/Questions:*** For account information, please call the toll free number on the front of this statement. Unless your name is listed on this statement, your access to information on the account may be limited. You may also mail questions (but not payments) to: **P.O. Box 965009, Orlando, FL 32896-5009.** Please include your account number on any correspondence you send to us.
***Payments:*** Send payments to P.O. Box 960090, Orlando, FL 32896-0090 or pay online.
***Notice:*** See below for your Billing Rights and other important information. Telephoning about billing errors will not preserve your rights under federal law. To preserve your rights, please write to our Billing Inquiries Address, P.O. Box 965008, Orlando, FL 32896-5008.

Purchases, returns, and payments made just prior to billing date may not appear until next month's statement. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. **You may choose not to have your payment collected electronically by sending your payment (with the payment stub), in your own envelope – not the enclosed window envelope addressed to: P.O. Box 530945, Atlanta, GA 30353-0945 and not the Payment Address.**

***What To Do If You Think You Find A Mistake On Your Statement***

If you think there is an error on your statement, write to us at the Billing Inquiries Address of:
GE Capital Retail Bank, P.O. Box 965008, Orlando, FL 32896-5008
Or, complete and mail or fax the Dispute Form found at:
www.jcp.com/credit

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

***Your Rights If You Are Dissatisfied With Your Credit Card Purchases***

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. **(Note:** Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* (or electronically) at:
GE Capital Retail Bank, P.O. Box 965008, Orlando, FL 32896-5008
(www.jcp.com/credit)

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

***Information About Payments: You may at any time pay, in whole or in part, the total unpaid balance without any additional charge for prepayment.*** Mailed payments received after 5:00 PM (ET) on any day will be credited as of the next day. Credit to your Account may be delayed up to five days if payment (a) is not received at the Payment Address, (b) is not made in U.S. dollars drawn on a U.S. financial institution located in the U.S., (c) is not accompanied by the remittance coupon attached to your statement, (d) contains more than one payment or remittance coupon, (e) is not received in the remittance envelope provided or (f) includes staples, paper clips, tape, a folded check, or correspondence of any type. Under ordinary circumstances, any payments made at a jcpenney store will be credited as of the day you make such a payment. Alternatively you may make your payment online at the website address shown on your billing statement, provided you make your payment in U.S. dollars from a bank located in the U.S. ***Conditional Payments:*** All written communications concerning disputed amounts, including any check or other payment instrument that: (i) indicates that the payment constitutes "payment in full" or is tendered as full satisfaction of a disputed amount, or (ii) is tendered with other conditions or limitations ("Disputed Payments"), must be mailed or delivered to us at P.O. Box 965008, Orlando, FL 32896-5008.

***Credit Reports and Account Information:*** If you believe that we have reported inaccurate information about you to a consumer reporting agency, please contact us at P.O. Box 965007, Orlando, FL 32896-5007. In doing so, please identify the inaccurate information and tell us why you believe it is incorrect. If you have a copy of the credit report that includes the inaccurate information, please include a copy of that report. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

***Balance Subject To Interest Charge Calculation***

**A. (Average Daily Balance including current transactions):** We figure the interest charge on your account by applying the periodic rate to the "average daily balance" of your account. To get the "average daily balance" we take the beginning balance of your account each day, which includes any unpaid interest charges from the previous billing cycle, add any new charges, and applicable fees and subtract any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance," which is the balance shown in the Interest Charges section of this statement. Any average daily balance of less than zero will be treated as zero. A separate average daily balance will be calculated for each balance type on your account.

**B.** The same as Method A, except unpaid Interest Charges are not included in the beginning balance.

**C.** The same as Method A, except new Purchases are not included in the daily balance.

**D.** The same as Method C, except unpaid interest Charges are not included in the beginning balance.

**E. (Daily Balance Method):** We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. We then add the interest to the daily balance. To get the "daily balance" we take the beginning balance of your account each day (which includes unpaid interest), add any new charges, and applicable fees, and subtract any payments or credits. This gives us the daily balance. Any daily balance of less than zero will be treated as zero. A separate daily balance will be calculated for each balance type on your account. The balance(s) shown in the Interest Charges section of this statement is the sum of the daily balances for each day in the billing cycle divided by the number of days in the billing cycle.

Balance Type on the face of this statement refers to the following payment method: R=Regular Charge; M=Major Purchase Charge; C=Commercial.

You can request to receive statements in Spanish by calling the customer service number at 1 800 542 0600.

OTFG5453 - 3 - 10/25/2012

This is an attempt to collect a debt and any information obtained will be used for that purpose.

*By providing a telephone number on your account, you consent to GE Capital Retail Bank and any other owner or servicer of your account contacting you about your account, including using any contact information or cell phone numbers you provide, and you consent to the use of any automatic telephone dialing system and/or an artificial or prerecorded voice when contacting you, even if you are charged for the call under your phone plan.

For changes of address, phone number and/or email, please check the box and print the changes below.

☐ Street Address ______________________________

City, State, Zip ______________________________

Phone # E-mail

| Home Phone # | Business Phone # | Cell # or other phone # we can use to contact you* | Email Address |
|---|---|---|---|

By providing your email address, you agree to receive email communications about your account and also give permission for us to share your email address with jcpenney so you can receive special offers and updates.

RCS3

MEET L'AMOUR
NANETTE LEPORE
ONLY@JCP

Budding fashionistas, take note. We couldn't be more excited to bring you L'Amour Nanette Lepore – a fun, youthful twist on the designer's signature style. Expect feminine silhouettes, a hint of playfulness and bright hues you'll love.

L'AMOUR

**Transaction Summary (Continued)**

| Tran Date | Reference Number | Balance Type | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | INTEREST CHARGED | |
| 02/10 | | | INTEREST CHARGE ON PURCHASES | $5.83 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $5.83 |

**2013 Totals Year-to-Date**

| | |
|---|---|
| Total Fees Charged in 2013 | $0.00 |
| Total Interest Charged in 2013 | $13.11 |
| Total Interest Paid in 2013 | $15.05 |

**Interest Charge Calculation**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Expiration Date | Annual Percentage Rate | Balance Subject To Interest Rate | Interest Charged | Balance Method |
|---|---|---|---|---|---|
| Regular | NA | 23.99% | $316.87 | $5.83 | E |

**Cardmember News & Information**

Good news! Now you can earn up to $100 in jcp rewards each month when you use your jcp credit card to make qualifying purchases. See a team member or visit jcprewards.com/credit for details.

**Cardmember Benefits & Information**

Monitor your Account 24/7. Enroll in free eServicing at jcp.com/credit and take advantage of the easy way to: view recent transactions, check your balance, update personal information and much more.

MEET
WILLIAM RAST
HE MAKES HIS
OWN RULES
NEW@JCP

Introducing William Rast, a collection that's anything but mainstream. Founded by Justin Timberlake in 2005, William Rast mixes unexpected fabrics, textures and premium washes but stays true to the heritage of American denim. Each tailored look is as effortless as it is adventurous.

WILLIAM RAST



RCS4

RCS5

# YOUR CHANGE MAKES REAL CHANGE

When people care, great things happen.

Each month, jcp cares supports a new cause, inviting customers to round up their purchases to the nearest dollar. This month's partner is Boys & Girls Clubs of America, supporting its Tools for Back-to-School campaign to ensure all kids are prepared for academic success. Thank you for making a difference.

For more information, visit jcp.com/jcpcares.

BRUCE R RANKIN
Account Ending: *** *** 612 91

Visit us at jcp.com/credit
Customer Service: 1-800-527-3369
PO Box 965009 Orlando FL 32896-5009

| Summary of Account Activity | |
|---|---|
| Previous Balance | $413.58 |
| Other Credits | $413.58 |
| New Balance | $0.00 |
| Credit Limit | $903.00 |
| Available Credit | None |
| Statement Closing Date | 07/10/2013 |
| Days in Billing Cycle | 28 |

| Payment Information | |
|---|---|
| New Balance | $0.00 |
| Amount Past Due | $0.00 |
| Total Minimum Payment Due | $148.00 |
| Payment Due Date | 07/12/2013 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.00.

**Transaction Summary**

| Tran Date | Reference Number | Balance Type | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 07/10 | [redacted] | R | CHARGE OFF ACCOUNT-PRINCIPALS | ($297.97) |
| 07/10 | | R | CHARGE OFF ACCOUNT "FINANCE CHARGES" | ($115.61) |
| | | | FEES | |
| | | | TOTAL FEES FOR THIS PERIOD | $0.00 |
| | | | INTEREST CHARGED | |
| 07/10 | | | INTEREST CHARGE ON PURCHASES | $0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $0.00 |

| 2013 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2013 | $95.00 |
| Total Interest Charged in 2013 | $39.85 |
| Total Interest Paid in 2013 | $27.01 |

PLEASE NOTE YOUR MAILED PAYMENT MUST BE RECEIVED BY 5 P.M. (ET) OR YOUR IN-STORE PAYMENT MUST BE RECEIVED DURING STORE HOURS ON THE DUE DATE.
NOTICE: Your payment may be converted into an electronic debit. See reverse for details, Billing Rights information and other important information.

PLEASE DETACH AND RETURN THIS STUB WITH YOUR CHECK PAYABLE TO GECRB.

Account Ending: *** *** 612 91

| Total Minimum Payment Due | Amount Past Due | Payment Due Date | New Balance |
|---|---|---|---|
| $148.00 | $0.00 | 07/12/2013 | $0.00 |

FILL IN TOTAL PAID $ ____ . __

New address or email? Print changes on the back.

BRUCE R RANKIN
[redacted]

GECRB / jcp
P.O. Box 960090
Orlando FL 32896-0090

5431 H3H 1 3 10 130710 PAGE 1 of 1 0110 3400 M175 01803433

**jcp rewards program**

Cardmembers who are U.S. residents (including Puerto Rico and U.S. Territories) are automatically enrolled in the jcp rewards program (the "Program"). Cardmembers who are in good standing and spend $100 or more in a calendar month on qualifying purchases at jcpenney stores or jcp.com will be eligible to receive a $10 jcp rewards certificate ("jcp rewards" or a "certificate") redeemable on eligible jcpenney purchases (some exclusions and restrictions apply; see certificate for details). Purchases of the following items are not qualifying purchases: Sephora products purchased online (only), dollars spent on sales tax, state fees, international purchases, shipping charges, restocking fees, delivery charges, gift cards and e-Gift Cards. Each increment of $100 spent on the jcp credit card for qualifying purchases in a calendar month will earn one $10 jcp rewards certificate, up to ten $10 jcp rewards certificates each month. No cardmember may earn more than ten $10 jcp rewards certificates each month. Qualifying purchase amounts are calculated at the end of each calendar month and do not carry forward to the next month. Certificates will be delivered by U.S. mail unless you have registered an email address at www.jcprewards.com/credit, in which case certificates will be delivered via email. Certificate must be used by the expiration date listed on the certificate and must be surrendered at the time of purchase. If your jcpenney purchase is less than the amount designated on the certificate, you will forfeit the remainder of that amount. Certificates cannot be credited to any account, redeemed for cash, replaced if merchandise is returned, or applied to prior purchases. Lost or stolen certificates are not replaceable. Certificates are not transferable and are void where prohibited by law. We reserve the right to amend or modify the Program at any time and in any way without notice (including, without limitation, our right to adjust the number of jcp reward certificates earned for each dollar in purchases). We further reserve the right to terminate the Program at any time without notice. For full terms and conditions or for other questions about the Program, please visit www.jcprewards.com/credit or call 1-888-527-793[illegible]

***Credits To Your Account:*** An amount shown in parentheses or preceded by a minus (-) sign is a credit or credit balance unless otherwise indicated. Credits will be applied to your previous balance immediately upon receipt, but will not satisfy any requirements that may be due.

***Bankruptcy Notice:*** If you file bankruptcy, you must send us notice, including account number and all information related to the proceeding to the following address: GE Capital Retail Bank, Attn: Bankruptcy Dept., P.O. Box 103104, Roswell, GA 30076.

***Your Account is owned and serviced by GE Capital Retail Bank.***

***Hearing Impaired:*** TDD users call 1-800-444-1732

***Customer Service/Questions:*** For account information, please call the toll free number on the front of this statement. Unless your name is listed on this statement, your access to information on the account may be limited. You may also mail questions (but not payments) to: **P.O. Box 965009, Orlando, FL 32896-5009.** Please include your account number on any correspondence you send to us.
***Payments:*** Send payments to P.O. Box 960090, Orlando, FL 32896-0090 or pay online.
***Notice:*** See below for your Billing Rights and other important information. Telephoning about billing errors will not preserve your rights under federal law. To preserve your rights, please write to our Billing Inquiries Address, PO Box 965008, Orlando, FL 32896-5008.

Purchases, returns, and payments made just prior to billing date may not appear until next month's statement. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. **You may choose not to have your payment collected electronically by sending your payment (with the payment stub), in your own envelope - not the enclosed window envelope, addressed to: P.O. Box 530945, Atlanta, GA 30353-0945 and not the Payment Address.**

***What To Do If You Think You Find A Mistake On Your Statement***

If you think there is an error on your statement, write to us at the Billing Inquiries Address of:
GE Capital Retail Bank, PO Box 965008, Orlando, FL 32896-5008
Or, complete and mail or fax the Dispute Form found at:
www.jcp.com/credit

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

***Your Rights If You Are Dissatisfied With Your Credit Card Purchases***

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (**Note:** Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* (or electronically) at:
GE Capital Retail Bank, PO Box 965008, Orlando, FL 32896-5008
(www.jcp.com/credit)

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

***Information About Payments: You may at any time pay, in whole or in part, the total unpaid balance without any additional charge for prepayment.*** Mailed payments received after 5:00 PM (ET) on any day will be credited as of the next day. Credit to your Account may be delayed up to five days if payment: (a) is not received at the Payment Address, (b) is not made in U.S. dollars drawn on a U.S. financial institution located in the U.S., (c) is not accompanied by the remittance coupon attached to your statement, (d) contains more than one payment or remittance coupon, (e) is not received in the remittance envelope provided or (f) includes staples, paper clips, tape, a folded check, or correspondence of any type. Under ordinary circumstances, any payments made at a jcpenney store will be credited as of the day you make such a payment. Alternatively you may make your payment online at the website address shown on your billing statement, provided you make your payment in U.S. dollars from a bank located in the U.S. *Conditional Payments:* All written communications concerning disputed amounts including any check or other payment instrument that: (i) indicates that the payment constitutes "payment in full" or is tendered as full satisfaction of a disputed amount; or (ii) is tendered with other conditions or limitations ("Disputed Payments"), must be mailed or delivered to us at P.O. Box 965008 Orlando, FL 32896-5008.

***Credit Reports and Account Information:*** If you believe that we have reported inaccurate information about you to a consumer reporting agency, please contact us at P.O. Box 965007, Orlando, FL 32896-5007. In doing so, please identify the inaccurate information and tell us why you believe it is incorrect. If you have a copy of the credit report that includes the inaccurate information, please include a copy of that report. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

***Balance Subject To Interest Charge Calculation***

**A. (Average Daily Balance including current transactions):** We figure the interest charge on your account by applying the periodic rate to the "average daily balance" of your account. To get the "average daily balance" we take the beginning balance of your account each day, which includes any unpaid interest charges from the previous billing cycle, add any new charges, and applicable fees and subtract any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance," which is the balance shown in the Interest Charges section of the statement. Any average daily balance of less than zero will be treated as zero. A separate average daily balance will be calculated for each balance type on your account.

**B.** The same as Method A, except unpaid Interest Charges are not included in the beginning balance.

**C.** The same as Method A, except new Purchases are not included in the daily balance.

**D.** The same as Method C, except unpaid Interest Charges are not included in the beginning balance.

**E. (Daily Balance Method):** We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. We then add the interest to the daily balance. To get the "daily balance" we take the beginning balance of your account each day (which includes unpaid interest), add any new charges, and applicable fees, and subtract any payments or credits. This gives us the daily balance. Any daily balance of less than zero will be treated as zero. A separate daily balance will be calculated for each balance type on your account. The balance(s) shown in the Interest Charges section of this statement is the sum of the daily balances for each day in the billing cycle divided by the number of days in the billing cycle.

Balance Type on the face of this statement refers to the following payment method: R=Regular Charge; M=Major Purchase Charge; C=Commercial.

You can request to receive statements in Spanish by calling the customer service number at 1-800-542-0800.

01FG5433 - 3 - 10/25/2012

This is an attempt to collect a debt and any information obtained will be used for that purpose

"By providing a telephone number on your account, you consent to GE Capital Retail Bank and any other owner or servicer of your account contacting you about your account, including using any contact information or cell phone numbers you provide, and you consent to the use of any automatic telephone dialing system and/or an artificial or prerecorded voice when contacting you, even if you are charged for the call under your phone plan.

For changes of address, phone number and/or email, please check the box and print the changes below.

☐ Street Address
City, State, Zip
Phone #
E-mail

| Home Phone # | Business Phone # | Cell # or other phone # we can use to contact you" | Email Address |
|---|---|---|---|

By providing your email address, you agree to receive email communications about your account and also give permission for us to share your email address with jcpenney so you can receive special offers and updates

RCS7

# 30% OFF ST. JOHN'S BAY FOR WOMEN

Save on select St. John's Bay for Women.

**You asked. We listened.** It's back and it's here to stay. Because you deserve to wear the brands you love.

ST. JOHN'S BAY

only at jcpenney

Available in misses, petites, talls & plus.

**Prices are effective through July 31, 2015, unless otherwise noted. Items are subject to availability and may not be available in all jcpenney stores or at jcp.com.** Percentages off regular or original prices, as shown. Actual savings may exceed stated percentage off. jcpenney reserves the right to limit returns or exchanges without a valid receipt. Select items available in petite & plus sizes, also in stores.

**Interest Charge Calculation**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Expiration Date | Annual Percentage Rate | Balance Subject To Interest Rate | Interest Charged | Balance Method |
|---|---|---|---|---|---|
| Regular | NA | 23.99% | $0.00 | $0.00 | E |

**Cardmember Benefits & Information**

Good news! Now you can earn up to $100 in jcp rewards each month when you use your jcp credit card to make qualifying purchases. See a team member or visit jcprewards.com/credit for details.

SEE WHAT'S FRESH IN JULY
Fresh style. Fresh price. Joe Fresh brings you a new collection every month at affordable prices—because you deserve to stay on-trend without spending a lot.
JOE FRESH

RCS8