# EXHIBIT C

**Redacted - Attorney Work Product / Attorney-Client Privileged Communications**

| Created | Note | Note Type | Created By | Updated | Updated By | CrtFilter |
|---|---|---|---|---|---|---|
| 12/10/2020 11:10 | Canceled Scheduled Actions - Id: 2885866 - Resolve Disputes; | Customer Service Internal Account / Process Review Dispute Dispute | disprod | | | FALSE |
| 12/10/2020 11:10 | Canceled Scheduled Actions - Id: 2885866 - Resolve Disputes; | Customer Service Internal Account / Process Review Dispute Dispute | disprod | | | FALSE |
| 11/23/2020 19:46 | Canceled Scheduled Actions - Id: 2885866 - Resolve Disputes; | Customer Service Internal Account / Process Review Dispute Dispute | disprod | | | FALSE |
| 11/23/2020 11:57 | Canceled Scheduled Actions - Id: 2885865 - Change Collection Status; Id: 2885866 - Resolve Disputes; | Customer Service Internal Account / Process Review Dispute Dispute | disprod | | | FALSE |
| 11/20/2020 18:13 | Resolved Dispute - Dispute ID: 17508883, Dispute Type: Misc./Other, Dispute Date: 11/20/2020 - Request Fulfilled; | Customer Service Internal Account / Process Review Dispute Dispute | disprod | | | FALSE |
| 11/20/2020 18:13 | Scheduled Collection Status change to ACT on 12/25/2020; Hold Period set to 35 days; | Customer Service Internal Account / Process Review Dispute Dispute | disprod | | | FALSE |
| 11/20/2020 18:13 | Scheduled VERACS-CS Letter for 11/20/2020; | Customer Service Internal Account / Process Review Dispute Dispute | disprod | | | FALSE |
| 11/20/2020 17:06 | Written Validation Added | Customer Service Customer / Co-Customer Written Out Validation Notice Mailed/Faxed (VAL Letter) | initialletterworker | | | FALSE |
| 11/20/2020 17:06 | Scheduled INITIAL-CS Letter for 11/20/2020; | Customer Service Internal Account / Process Review Dispute Dispute | disprod | | | FALSE |
| 11/20/2020 16:09 | | | | | | TRUE |
| 11/11/2020 16:20 | | | | | | TRUE |
| 10/9/2020 8:50 | | Customer Service Customer / Co-Customer Written In CDR Notification CDR All Contact | aaustin | | | TRUE |
| 9/24/2020 10:12 | Resolved Dispute - Dispute ID: 17136874, Dispute Type: Verification of Debt, Dispute Date: 09/24/2020 - Request Fulfilled; | Customer Service Internal Account / Process Review Dispute Dispute | disprod | | | FALSE |
| 9/24/2020 10:12 | Scheduled Collection Status change to ACT on 10/29/2020; Hold Period set to 35 days; | Customer Service Internal Account / Process Review Dispute Dispute | disprod | | | FALSE |
| 9/24/2020 10:12 | Scheduled VERACS-CS Letter for 09/24/2020; | Customer Service Internal Account / Process Review Dispute Dispute | disprod | | | FALSE |
| 9/24/2020 9:06 | Written Validation Added | Customer Service Customer / Co-Customer Written Out Validation Notice Mailed/Faxed (VAL Letter) | initialletterworker | | | FALSE |
| 9/24/2020 9:05 | Scheduled INITIAL-CS Letter for 09/24/2020; | Customer Service Internal Account / Process Review Dispute Dispute | disprod | | | FALSE |
| 9/24/2020 8:59 | | Customer Service Customer / Co-Customer Written In CDR Notification CDR All Contact | aaustin | | | TRUE |
| 9/15/2020 13:06 | dispute has a resolution date of 6/23/2020 | Customer Service Customer / Co-Customer Written In CDR Notification CDR All Contact | mgaines | | | TRUE |
| 6/23/2020 8:11 | Resolved Dispute - Dispute ID: 16559880, Dispute Type: Verification of Debt, Dispute Date: 06/23/2020 - Request Fulfilled; | Customer Service Internal Account / Process Review Dispute Dispute | disprod | | | FALSE |
| 6/23/2020 8:11 | Scheduled Collection Status change to ACT on 07/28/2020; Hold Period set to 35 days; | Customer Service Internal Account / Process Review Dispute Dispute | disprod | | | FALSE |
| 6/23/2020 8:11 | Scheduled VERACS-CS Letter for 06/23/2020; | Customer Service Internal Account / Process Review Dispute Dispute | disprod | | | FALSE |
| 6/23/2020 8:06 | Written Validation Added | Customer Service Customer / Co-Customer Written Out Validation Notice Mailed/Faxed (VAL Letter) | initialletterworker | | | FALSE |
| 6/23/2020 8:05 | Scheduled INITIAL-CS Letter for 06/23/2020; | Customer Service Internal Account / Process Review Dispute Dispute | disprod | | | FALSE |
| 6/23/2020 7:57 | | Customer Service Customer / Co-Customer Written In CDR Notification CDR All Contact | aaustin | | | TRUE |
| 6/10/2020 11:09 | | Customer Service Customer / Co-Customer Written In CDR Notification CDR All Contact | mgaines | | | TRUE |
| 6/6/2020 13:41 | Canceled Scheduled Actions - Id: 2075917 - Change Collection Status; | Customer Service Internal Account / Process Review Dispute Dispute | disprod | | | FALSE |
| 6/6/2020 11:38 | | Customer Service Customer / Co-Customer Written In CDR Notification CDR All Contact | dyocom1 | | | TRUE |
| 5/19/2020 15:35 | | Customer Service Customer / Co-Customer Written In CDR Notification CDR All Contact | ebertyhill | | | TRUE |
| 5/14/2020 16:11 | Resolved Dispute - Dispute ID: 16353189, Dispute Type: Verification of Debt, Dispute Date: 05/14/2020 - Request Fulfilled; | Customer Service Internal Account / Process Review Dispute Dispute | disprod | | | FALSE |
| 5/14/2020 16:11 | Scheduled Collection Status change to ACT on 06/18/2020; Hold Period set to 35 days; | Customer Service Internal Account / Process Review Dispute Dispute | disprod | | | FALSE |
| 5/14/2020 16:11 | Scheduled VERACS-CS Letter for 05/14/2020; | Customer Service Internal Account / Process Review Dispute Dispute | disprod | | | FALSE |
| 5/14/2020 16:06 | Written Validation Added | Customer Service Customer / Co-Customer Written Out Validation Notice Mailed/Faxed (VAL Letter) | initialletterworker | | | FALSE |
| 5/14/2020 16:05 | Scheduled INITIAL-CS Letter for 05/14/2020; | Customer Service Internal Account / Process Review Dispute Dispute | disprod | | | FALSE |
| 5/14/2020 15:40 | | Customer Service Customer / Co-Customer Written In CDR Notification CDR All Contact | rdavis | | | TRUE |
| 4/7/2020 18:00 | Address from skip trace results match current borrower address; AM not updated | Customer Service No Contact Account / Process Review Address/Phone Update Address/Phone Update | vendorletterprocessor | | | FALSE |
| 4/7/2020 18:00 | Address from skip trace results match current borrower address; AM not updated | Customer Service No Contact Account / Process Review Address/Phone Update Address/Phone Update | vendorletterprocessor | | | FALSE |
| 4/7/2020 15:35 | Account submitted for skip tracing | Customer Service No Contact Account / Process Review Address/Phone Update Address/Phone Update | vendorletterprocessor | | | FALSE |
| 4/7/2020 15:35 | Account submitted for skip tracing | Customer Service No Contact Account / Process Review Address/Phone Update Address/Phone Update | vendorletterprocessor | | | FALSE |
| 4/7/2020 15:31 | Per Credit Control - did RCS sent out validation to the acct holder. Advised it looks like we did on 3/23/20. Advised the RCS dispute team would l Portfolio Management Agency (Outside & Legal) Electronic In Other | | rcolejoy | | | FALSE |
| 4/7/2020 15:11 | Account updated with new address from HOV per Returned Mail Process status. | Customer Service No Contact Account / Process Review Address/Phone Update Address/Phone Update | vendorletterprocessor | | | FALSE |
| 4/7/2020 15:11 | Account updated with new address from HOV per Returned Mail Process status. | Customer Service No Contact Account / Process Review Address/Phone Update Address/Phone Update | vendorletterprocessor | | | FALSE |
| 4/1/2020 11:06 | | Customer Service Agency (Outside & Legal) Written In CDR Notification CDR All Contact | athompson | | | TRUE |
| 3/25/2020 14:11 | Resolved Dispute - Dispute ID: 16120961, Dispute Type: Verification of Debt, Dispute Date: 03/25/2020 - Request Fulfilled; | Customer Service Internal Account / Process Review Dispute Dispute | disprod | | | FALSE |
| 3/25/2020 14:11 | Scheduled Collection Status change to ACT on 04/29/2020; Hold Period set to 35 days; | Customer Service Internal Account / Process Review Dispute Dispute | disprod | | | FALSE |
| 3/25/2020 14:11 | Scheduled VERACS-CS Letter for 03/25/2020; | Customer Service Internal Account / Process Review Dispute Dispute | disprod | | | FALSE |
| 3/25/2020 13:07 | AM Validation Added | Customer Service Internal Account / Process Review Dispute Dispute | initialletterworker | | | FALSE |
| 3/25/2020 13:06 | Scheduled INITIAL-CS Letter for 03/25/2020; | Customer Service Internal Account / Process Review Dispute Dispute | disprod | | | FALSE |
| 3/25/2020 11:14 | | Customer Service Customer / Co-Customer Written In CDR Notification CDR Mail Only | rdavis | | | TRUE |
| 2/24/2020 11:09 | | Customer Service Customer / Co-Customer Written In CDR Notification CDR Mail Only | sboyce | | | TRUE |
| 2/18/2020 19:41 | Canceled Scheduled Actions - Id: 1707886 - Change Collection Status; Id: 1707887 - Resolve Disputes; | Customer Service Agency (Outside & Legal) Written In CDR Notification CDR Mail Only | mgaines | | | FALSE |
| 2/17/2020 14:12 | Resolved Dispute - Dispute ID: 15891344, Dispute Type: Verification of Debt, Dispute Date: 02/17/2020 - Request Fulfilled; | Customer Service Internal Account / Process Review Dispute Dispute | disprod | | | FALSE |
| 2/17/2020 14:12 | Scheduled Collection Status change to ACT on 03/23/2020; Hold Period set to 35 days; | Customer Service Internal Account / Process Review Dispute Dispute | disprod | | | FALSE |
| 2/17/2020 14:12 | Scheduled VERACS-CS Letter for 02/17/2020; | Customer Service Internal Account / Process Review Dispute Dispute | disprod | | | FALSE |
| 2/17/2020 14:06 | Written Validation Added | Customer Service Customer / Co-Customer Written Out Validation Notice Mailed/Faxed (VAL Letter) | initialletterworker | | | FALSE |
| 2/17/2020 14:05 | Scheduled INITIAL-CS Letter for 02/17/2020; | Customer Service Internal Account / Process Review Dispute Dispute | disprod | | | FALSE |
| 2/17/2020 12:15 | | Customer Service Agency (Outside & Legal) Written In CDR Notification CDR Mail Only | athompson | | | TRUE |
| 9/24/2019 13:59 | | Customer Service Customer / Co-Customer Written In CDR Notification CDR All Contact | tjordan | | | TRUE |
| 9/20/2019 8:33 | | Customer Service Customer / Co-Customer Written In CDR Notification CDR All Contact | lburkett | | | TRUE |
| 7/24/2019 12:12 | Resolved Dispute - Dispute ID: 14774153, Dispute Type: Verification of Debt, Dispute Date: 07/24/2019 - Request Fulfilled; | Customer Service Internal Account / Process Review Dispute Dispute | disprod | | | FALSE |
| 7/24/2019 12:12 | Scheduled Collection Status change to ACT on 08/28/2019; Hold Period set to 35 days; | Customer Service Internal Account / Process Review Dispute Dispute | disprod | | | FALSE |
| 7/24/2019 12:12 | Scheduled VERACS-CS Letter for 07/24/2019; | Customer Service Internal Account / Process Review Dispute Dispute | disprod | | | FALSE |
| 7/24/2019 11:06 | Written Validation Added | Customer Service Customer / Co-Customer Written Out Validation Notice Mailed/Faxed (VAL Letter) | initialletterworker | | | FALSE |
| 7/24/2019 11:05 | Scheduled INITIAL-CS Letter for 07/24/2019; | Customer Service Internal Account / Process Review Dispute Dispute | disprod | | | FALSE |
| 7/24/2019 10:09 | | Customer Service Customer / Co-Customer Written In CDR Notification CDR Mail Only | mgaines | | | TRUE |
| 7/24/2019 10:07 | | Customer Service Customer / Co-Customer Written In CDR Notification CDR Mail Only | mgaines | | | TRUE |
| 6/18/2019 9:08 | Resolved Dispute - Dispute ID: 13370843, Dispute Type: Verification of Debt, Dispute Date: 05/18/2019 - Request Fulfilled; | Customer Service Internal Account / Process Review Dispute Dispute | dgorecki | | | FALSE |
| 6/18/2019 9:08 | Resolved Dispute - Dispute ID: 13370844, Dispute Type: Misc./Other, Dispute Date: 05/18/2019 - Request Fulfilled; | Customer Service Internal Account / Process Review Dispute Dispute | dgorecki | | | FALSE |
| 6/18/2019 9:08 | Scheduled Collection Status change to ACT on 03/01/2019 - Request Fulfilled; | Customer Service Internal Account / Process Review Dispute Dispute | dgorecki | | | FALSE |
| 6/18/2019 9:08 | Scheduled VERACS-CS Letter for 06/18/2019; | Customer Service Internal Account / Process Review Dispute Dispute | dgorecki | | | FALSE |
| 5/18/2019 11:01 | | Customer Service Customer / Co-Customer Written In CDR Notification CDR All Contact | rdavis | | | TRUE |
| 5/16/2019 13:51 | Resolved Dispute - Dispute ID: 12919270, Dispute Type: Misc./Other, Dispute Date: 02/06/2019 - Request Fulfilled; | Customer Service Internal Account / Process Review Dispute Dispute | frichardson | | | FALSE |
| 5/16/2019 13:51 | Resolved Dispute - Dispute ID: 12919475, Dispute Type: Misc./Other, Dispute Date: 02/06/2019 - Request Fulfilled; | Customer Service Internal Account / Process Review Dispute Dispute | frichardson | | | FALSE |
| 5/16/2019 13:51 | Resolved Dispute - Dispute ID: 13012841, Dispute Type: Misc./Other, Dispute Date: 03/01/2019 - Request Fulfilled; | Customer Service Internal Account / Process Review Dispute Dispute | frichardson | | | FALSE |
| 5/16/2019 13:51 | Resolved Dispute - Dispute ID: 13336769, Dispute Type: Verification of Debt, Dispute Date: 05/10/2019 - Request Fulfilled; | Customer Service Internal Account / Process Review Dispute Dispute | frichardson | | | FALSE |
| 5/16/2019 13:51 | Resolved Dispute - Dispute ID: 13351098, Dispute Type: Misc./Other, Dispute Date: 05/14/2019 - Request Fulfilled; | Customer Service Internal Account / Process Review Dispute Dispute | frichardson | | | FALSE |
| 5/16/2019 13:51 | Resolved Dispute - Dispute ID: 13351099, Dispute Type: Verification of Debt, Dispute Date: 05/14/2019 - Request Fulfilled; | Customer Service Internal Account / Process Review Dispute Dispute | frichardson | | | FALSE |
| 5/16/2019 13:51 | Resolved Dispute - Dispute ID: 13360261, Dispute Type: Misc./Other, Dispute Date: 05/16/2019 - Request Fulfilled; | Customer Service Internal Account / Process Review Dispute Dispute | frichardson | | | FALSE |
| 5/16/2019 13:51 | Resolved Dispute - Dispute ID: 13360262, Dispute Type: Misc./Other, Dispute Date: 05/16/2019 - Request Fulfilled; | Customer Service Internal Account / Process Review Dispute Dispute | frichardson | | | FALSE |

| Date/Time | Action | Category | User | Flag |
|---|---|---|---|---|
| 5/16/2019 13:51 | Scheduled Collection Status change to ACT on 05/31/2019; | Customer Service Internal Account / Process Review Dispute Dispute | frichardson | FALSE |
| 5/16/2019 13:41 | Canceled Scheduled Actions - Id: 862863 - Resolve Disputes; Id: 862864 - Change Collection Status; | Customer Service Internal Account / Process Review Dispute Dispute | disprod | FALSE |
| 5/16/2019 10:30 | | Customer Service Customer / Co-Customer Written In CDR Notification CDR All Contact | alane | TRUE |
| 5/14/2019 18:44 | | Customer Service Customer / Co-Customer Written In CDR Notification CDR Mail Only | nwright | TRUE |
| 5/13/2019 8:39 | Resolved Dispute - Dispute ID: 12919270, Dispute Type: Misc./Other, Dispute Date: 2/6/2019 - Request Fulfilled; | Customer Service Internal Account / Process Review Dispute Dispute | ajackson | FALSE |
| 5/13/2019 8:39 | Resolved Dispute - Dispute ID: 12919475, Dispute Type: Misc./Other, Dispute Date: 2/6/2019 - Request Fulfilled; | Customer Service Internal Account / Process Review Dispute Dispute | ajackson | FALSE |
| 5/13/2019 8:39 | Resolved Dispute - Dispute ID: 13012841, Dispute Type: Misc./Other, Dispute Date: 3/1/2019 - Request Fulfilled; | Customer Service Internal Account / Process Review Dispute Dispute | ajackson | FALSE |
| 5/13/2019 8:39 | Resolved Dispute - Dispute ID: 13336769, Dispute Type: Verification of Debt, Dispute Date: 5/10/2019 - Request Fulfilled; | Customer Service Internal Account / Process Review Dispute Dispute | ajackson | FALSE |
| 5/10/2019 17:41 | Canceled Scheduled Actions - Id: 828386 - Resolve Disputes; Id: 828387 - Change Collection Status; | Customer Service Internal Account / Process Review Dispute Dispute | disprod | FALSE |
| 5/10/2019 15:29 | | Customer Service Agency (Outside & Legal) Written In CDR Notification CDR Mail Only | dyocom1 | TRUE | 5/10/2019 15:30 SHERMAN\dyocom1 |
| 4/26/2019 8:56 | Resolved Dispute - Dispute ID: 12919270, Dispute Type: Misc./Other, Dispute Date: 2/6/2019 - Request Fulfilled; | Customer Service Internal Account / Process Review Dispute Dispute | kyang | FALSE |
| 4/26/2019 8:56 | Resolved Dispute - Dispute ID: 12919475, Dispute Type: Misc./Other, Dispute Date: 2/6/2019 - Request Fulfilled; | Customer Service Internal Account / Process Review Dispute Dispute | kyang | FALSE |
| 4/26/2019 8:56 | Resolved Dispute - Dispute ID: 13012841, Dispute Type: Misc./Other, Dispute Date: 3/1/2019 - Request Fulfilled; | Customer Service Internal Account / Process Review Dispute Dispute | kyang | FALSE |
| 4/26/2019 8:56 | Scheduled VERACS CS Letter for 4/26/2019; | Customer Service Internal Account / Process Review Dispute Dispute | kyang | FALSE |
| 3/7/2019 8:58 | Skip trace pre-scrub exclusion: Previously Scrubbed | Customer Service No Contact Account / Process Review Address/Phone Update Address/Phone Update | asyncserviceacct | FALSE |
| 3/6/2019 9:00 | Address skip traced and updated per HOV process | Customer Service No Contact Account / Process Review Address/Phone Update Address/Phone Update | asyncserviceacct | FALSE |
| 3/1/2019 9:41 | Canceled Scheduled Actions - Id: 671118 - Resolve Disputes; Id: 671119 - Change Collection Status; | Customer Service Internal Account / Process Review Dispute Dispute | disprod | FALSE |
| 3/1/2019 8:33 | | Customer Service Customer / Co-Customer Written In Dispute Dispute Unresolved | swillingham | FALSE |
| 2/12/2019 14:18 | Resolved Dispute - Dispute ID: 12919270 - VOD/SOD Request Fulfilled; | Customer Service Internal Account / Process Review Dispute Dispute | ajackson | FALSE |
| 2/12/2019 14:18 | Resolved Dispute - Dispute ID: 12919475 - VOD/SOD Request Fulfilled; | Customer Service Internal Account / Process Review Dispute Dispute | ajackson | FALSE |
| 2/12/2019 14:18 | Scheduled Collection Status change to ACT on 03/19/2019; | Customer Service Internal Account / Process Review Dispute Dispute | ajackson | FALSE |
| 2/12/2019 14:18 | Scheduled VERACS CS Letter for 02/12/2019; | Customer Service Internal Account / Process Review Dispute Dispute | ajackson | FALSE |
| 2/6/2019 10:06 | Written Validation Added | Customer Service Customer / Co-Customer Written Out Validation Notice Mailed/Faxed (VAL Letter) | initialletterworker | FALSE |
| 2/6/2019 9:21 | | Customer Service Customer / Co-Customer Written In CDR Notification CDR All Contact | mgaines | TRUE |
| 2/6/2019 9:18 | | Customer Service Customer / Co-Customer Written In CDR Notification CDR All Contact | mgaines | TRUE |
| 9/25/2017 16:48 | Legal Seller and CO Creditor orgs updated per DMRS request mstokes_95211. | Portfolio Management Internal Account / Process Review Account Data Correction | mstokes | FALSE |