# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **BRUCE RANKIN** | : | Case NO.: 1:21-cv-147 |
| | : | |
| Plaintiff, | : | Judge Michael R. Barrett |
| | : | |
| v. | : | |
| | : | |
| **RESURGENT CAPITAL SERVICES LP** | : | |
| | : | |
| Defendant. | : | |

## PLAINTIFF'S NOTICE OF WITHDRAWAL OF
## MOTION TO COMPEL SUBJECT INTERROGATORIES
## AND PRODUCTION OF DOCUMENTS WITHOUT PREJUDICE

Now comes Plaintiff Bruce Rankin, by and through undersigned counsel, and hereby notifies the Court that he is withdrawing his Motion to Compel (Doc. 14) without prejudice.

On January 13, 2022, Plaintiff filed its Motion to Compel (Doc. 14) requesting the Court to compel Defendant Resurgent Capital Services LP to produce documents in response to Plaintiff's first set of Requests for Production of Documents directed to Defendant.

On February 2, 2022, Defendant filed its Memorandum in Opposition to Plaintiff's Motion to Compel Additional Discovery Production (Doc. 15).

On February 21, 2022, the undersigned counsel received assurances (by and through defense counsel) that the outstanding policies and procedures would be provided.

Plaintiff reserves the right to re-file his Motion to Compel should circumstances warrant. Recovery of all attorney fees incurred in the prosecution of this Motion is hereby reserved for future consideration.

Respectfully submitted,

**MINNILLO LAW GROUP Co., LPA**

/s/ James D. Ludwig
James D. Ludwig (OH-0065234)
2712 Observatory Avenue
Cincinnati, OH 45208
Tel: (513) 723-1600
Fax: (513) 723-1620
jdl@mlg-lpa.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Plaintiff's Notice of Withdrawal of Motion to Compel was served via electronic transmission via this Court's CM/ECF filing system on February 23, 2022, on all counsel or parties who have appeared in the above-styled action.

/s/ James D. Ludwig
James D. Ludwig (OH-0065234)